**SUBT**
Alex De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Kegan A. McMullan, Esq.
Nevada Bar No. 16278
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Pkwy.
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: kegan@dlgteam.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVIANA PEREZ; | CASE NO. 2:25-cv-02607 -GMN-NJK |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| SMITH FOOD & DRUG CENTERS, INC. dba SMITH'S; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; | |
| Defendants. | |

Plaintiff VIVIANA PEREZ hereby submits DE CASTROVERDE LAW GROUP to represent her in the above-entitled matter in the place and stead of GUIDO INJURY LAW pursuant to LR IA 11-6. All future correspondence, notices, and pleadings are to be directed to DE CASTROVERDE LAW GROUP.

1

The undersigned hereby agrees to the law firm DE CASTROVERDE LAW GROUP being substituted as counsel for Plaintiff VIVIANA PEREZ in the place and stead of the law firm of GUIDO INJURY LAW GROUP.

DATED this __14th__ day of January 2026.

*Viviana Perez*

_____
VIVIANA PEREZ, PLAINTIFF

The undersigned hereby agrees to the law firm DE CASTROVERDE LAW GROUP being substituted as counsel for Plaintiff VIVIANA PEREZ in the place and stead of the law firm of GUIDO INJURY LAW.

DATED this __16th__ day of January 2026.

**GUIDO INJURY LAW**

*/s/ Scott P. Guido*_____
Scott P. Guido, Esq.
Nevada Bar No. 9819
6130 Elton Ave.
Las Vegas, NV 89106

The undersigned hereby agrees to the law firm DE CASTROVERDE LAW GROUP being substituted as counsel for Plaintiff, VIVIANA PEREZ, in the place and stead of the law firm of GUIDO INJURY LAW GROUP.

DATED this __16th__ day of January 2026.

**DE CASTROVERDE LAW GROUP**

IT IS SO ORDERED.
Dated:  January 20, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

*/s/ Kegan McMullan*_____
Kegan A. McMullan, Esq.
Nevada Bar No. 16278
1149 S. Maryland Pkwy.
Las Vegas, NV 89104

2